620

481 A.2d 364

Estate of Roos.

Reargument Denied Sept. 26, 1984.

Argued May 9, 1984.  William A. Harvey, for appellant;  William C. Bullitt, for participating parties.

Before WICKERSHAM, WIEAND and LIPEZ, JJ.

Order affirmed.

479 A.2d 1150

Fazio, Appellant, v. Fazio.

Argued May 8, 1984.  John P. Yatsko, for appellant;  Stephen I. Baer, for appellee.

Before WICKERSHAM, WIEAND and LIPEZ, JJ.

Order affirmed.